UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:13-cr-00087-MOC-DCK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **JAMES ISAAC DRAYTON,** | ) | |
| Defendant(s). | ) | |

**THIS MATTER** is before the court on defendant's pro se Motion, in which he takes issue with this court's jurisdiction over him and/or jurisdiction over the offenses charged. Defendant goes on at length and discusses the merits of the case against him, which may well contain incriminating statements. Defendant is advised that he is represented by counsel and that he must discuss any defenses he may have with his counsel, not the court. In doing so, he preserves his right to "remain silent" and not make incriminating statements. Further, the Local Criminal Rules provide that where a person is represented by counsel, they cannot make pro se motions.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's pro se Motion (#17) is DENIED WITHOUT PREJUDICE.

Signed: September 3, 2013

Max O. Cogburn Jr.
United States District Judge