UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:13-cr-00087-MOC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **JAMES ISAAC DRAYTON,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on defendant's second Motion to Withdraw Plea. For the reasons previously stated in denying his first motion without prejudice, his second motion will also be denied without prejudice and the court will hear any complaints defendant has as to his plea, the PSR, the factual basis, or the services rendered by his attorney immediately before sentencing. Having considered motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's second Motion to Withdraw Plea (#31) is DENIED without prejudice and the court will consider any such request at the start of sentencing hearing if so requested.

Signed: May 29, 2014

Max O. Cogburn Jr.
United States District Judge