# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:13-CR-00087-MOC-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| JAMES ISAAC DRAYTON, ) | |
| ) | |
| Defendant. ) | |

THIS MATTER is before the Court sua sponte following a status of counsel hearing on July 23, 2014.

Upon examination of the record as well as the medical records obtained from the Mecklenburg County Jail, the Court finds that there is reasonable cause to believe that the Defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. Accordingly, on the basis of the foregoing, IT IS HEREBY ORDERED:

1. That pursuant to 18 U.S.C. § 4247(b), the Defendant be committed forthwith to the custody of the Attorney General for placement in a suitable facility for the purpose of a psychological or psychiatric examination pursuant to 18 U.S.C. §§ 4241(a) and (b);

2. That the time period for the examination be calculated to begin upon Defendant's arrival at the designated institution; and

3. That the report of the results of such examination be filed with the Court with copies provided to defense counsel and the United States Attorney as required by 18 U.S.C. § 4247(c).

The Clerk is directed to certify copies of this Order to defense counsel, the United States Attorney, and the United States Marshal, with two additional copies for transmittal by the Marshal to the Warden of the designated institution.

**SO ORDERED**.

Signed: July 23, 2014

David S. Cayer
United States Magistrate Judge