# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CRIMINAL NO. 3:13-CR-00087-MOC-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| JAMES ISAAC DRAYTON, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court upon receipt of Defendant's Forensic Evaluation from the Federal Correctional Institution in Butner, North Carolina finding Defendant competent to proceed. The Court held a hearing on February 19, 2015 with Assistant U.S. Attorney Craig Randall, appointed counsel Mark Foster and Defendant present.

The undersigned has now addressed all the matters referred in the Order (Doc. 38) entered by District Judge Max O. Cogburn, Jr. on June 19, 2014. The Government previously submitted Defendant's medical records from the Mecklenburg County Jail to the Court. Both the Government and Defendant stipulate to the findings in the Forensic Evaluation (Doc. 52) that Defendant is competent to proceed. Defendant's pro se Motion to withdraw his guilty plea (Doc. 37) was withdrawn orally. Mr. Foster will remain as appointed counsel for Defendant.

The Clerk is directed to send copies of this Order to counsel and to the Honorable Max O. Cogburn, Jr.

**SO ORDERED**.

Signed: February 19, 2015

David S. Cayer
United States Magistrate Judge